920

No. 1683, Misc. BROECKEL ET AL. *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied. *James R. Willis* for petitioners. *John T. Corrigan* and *Charles W. Fleming* for respondent.

No. 1690, Misc. HIVES *v.* TITTLE. Ct. App. Ohio, Franklin County. Certiorari denied. *Ishmael C. Childs* for petitioner.

No. 1700, Misc. NITTI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Terence F. MacCarthy* for petitioner. *Solicitor General Marshall* for the United States.

No. 1701, Misc. BALLINGER *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 1711, Misc. DAYEN *v.* CALIFORNIA. Super. Ct. Cal., County of L. A. Certiorari denied.

No. 1716, Misc. BOURLAND *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 1718, Misc. LANDMAN *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied. *Robert A. Cox, Jr.,* for petitioner.

No. 1722, Misc. WIMBERLEY *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1749, Misc. McCLOSKEY *v.* DIRECTOR, PATUXENT INSTITUTION. Ct. App. Md. Certiorari denied.